UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MARY E. FREEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-03900-JMS-MPB |
| | ) | |
| FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER VACATING SCHEDULING ORDER**

The Court's **Order Setting Initial Pre-Trial Conference** filed on November 20, 2019 at

Document No. [15] was entered in error and is hereby **VACATED**.

SO ORDERED.

Dated: November 22, 2019

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distributed electronically to all ECF registered counsel of record.